KATHLEEN E. FINNERTY (SBN 157638)
MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
Finnertyk@gtlaw.com
Koenigsbergm@gtlaw.com

Attorneys for Defendant
SPEEDWAY SONOMA, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF, | CASE NO. CV-08-4229-VRW |
| Plaintiff, | **STIPULATION EXTENDING TIME TO HOLD JOINT SITE INSPECTION;** ~~PROPOSED~~ **ORDER** |
| v. | |
| SPEEDWAY MOTORSPORTS, INC., SPEEDWAY SONOMA, LLC, COMPASS GROUP USA, INC. doing business as COMPASS GROUP FOODSERVICE, INTERNATIONAL SPEEDWAY, INC., MOTORSPORTS AUTHENTICS, LLC; And DOES 1 through 35, inclusive | *(Related Case: D'Lil v. Speedway Motorsports, Inc., et al., Case No. 08-cv-04691)* |
| Defendants. | |

Plaintiff, RICHARD SKAFF and defendants, SPEEDWAY SONOMA, LLC, COMPASS GROUP USA, INC., and MOTORSPORTS AUTHENTICS, LLC, by and through their respective counsel, hereby jointly stipulate and request that the Court grant continuances of certain deadlines set out in this Court's Scheduling Order for Cases Asserting Denial of Right of Access under Americans with Disabilities Act Title III, filed on September 8, 2008, based on the good cause shown below.[1]

---

[1] Speedway Motorsports, Inc. and International Speedway, Inc. were dismissed from this action on November 13, 2008.

1  Case No. CV-08-4229-VRW
STIPULATION EXTENDING TIME TO HOLD JOINT SITE INSPECTION; PROPOSED ORDER

1. Plaintiff filed his action alleging barriers to access at Infineon Raceway, a 1,600-acre facility in Sonoma, California, and seeking modifications to the facility and its services, as well as damages, attorney's fees and costs.

2. The Court's September 8, 2008, Scheduling Order requires a joint site inspection take place by December 17, 2008.

3. The parties have worked together cooperatively, but given the size and scope of a joint inspection of this facility, and the coordinating of the schedules of all parties and counsel who need to be present at the inspection, the parties require additional time to conduct the joint inspection. Multiple days will be required to inspect a facility of this size and complexity.

4. Additionally, not all the defendants have appeared in the action. Plaintiff is currently in the process of dismissing some defendants and substituting others. This is expected to be done by stipulation in the coming weeks.

5. The defendants in the above-captioned case will be identical to those named in the related case of *D'Lil v. Speedway Motorsports, Inc.* (Case No. 08-cv-04691).

6. To ensure all defendants have an opportunity to be made aware of the joint site inspection and to be present at the joint site inspection, and to allow plaintiff to name and serve the proper defendants, the parties jointly request that the Court amend its Scheduling Orders in the above-cited matter and related case to allow the parties additional time within which to conduct the joint site inspections.

7. The parties have not previously requested any amendments to the Scheduling Order.

NOW, THEREFORE, the parties stipulate and request that the Court amend its Scheduling Order so the last day to hold the joint inspection will be Friday, February, 20, 2009. The parties further stipulate that all dates based on when the joint inspection is held are amended accordingly.

///

///

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED, effective December 10, 2008. | |
| 2 | DATED: December 10, 2008 | BARBOSA GROUP |
| 3 | | GOODMAN & METZ |
| 4 | | |
| 5 | | By: /s/ Patricia Barbosa |
| | |     PATRICIA BARBOSA |
| 6 | |     JORDON METZ |
| 7 | |     MARGARET BYRNE IKEDA |
| | | Attorneys for Plaintiff |
| 8 | | RICHARD SKAFF |
| 9 | DATED: December 10, 2008 | GREENBERG TAURIG, LLP |
| 10 | | |
| 11 | | By: /s/ Marc B. Koenigsberg |
| | |     KATHLEEN E. FINNERTY |
| 12 | |     MARC B. KOENIGSBERG |
| 13 | | Attorney for Defendant |
| | | SPEEDWAY SONOMA, LLC |
| 14 | | |
| 15 | DATED: December 10, 2008 | JACKSON LEWIS |
| 16 | | |
| 17 | | By: /s/ Dylan B. Carp |
| | |     DYLAN B. CARP |
| 18 | | Attorney for Defendant |
| | | MOTORSPORTS AUTHENTICS, LLC |
| 19 | /// | |
| 20 | /// | |
| 21 | /// | |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

DATED: December.10, 2008        LITTLER MENDELSON

By: /s/ John M. Julius
JOHN M. JULIUS
Attorney for Defendant
COMPASS GROUP USA, INC.

### ORDER

Good cause appearing, the Scheduling Order filed September 8, 2008, in the matter of *Skaff v. Speedway Motorsports, Inc.*, Case No. 08-cv-04229 is amended to provide Friday, February 20, 2009 is the last day for the parties and counsel to hold a joint inspection of the premises. All dates in the Scheduling Order that are dependent on the date of the joint inspection are amended accordingly.

IT IS SO ORDERED.

Dated: December 12, 2008

Honorable V_____
Judge,

