PATRICIA BARBOSA, Esq. (SBN 125865)
BARBOSA GROUP
201 Avenida Salvador
San Clemente, CA 92672
Tel: (949) 369-9006
Fax: (949) 369-1060
Barbosagrp@aol.com

JORDON METZ, Esq. (SBN 167355)
MARGARET BYRNE IKEDA, Esq. (SBN 222303)
GOODMAN & METZ
17043 Ventura Blvd.
Encino, CA 91316
Tel: (818) 386-2889
Fax: (818) 986-2889
Jordon@goodmanmetz.com
Maggie@goodmanmetz.com

Attorneys for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SPEEDWAY MOTORSPORTS INC.;<br>SPEEDWAY SONOMA LLC;<br>COMPASS GROUP USA, INC. doing<br>business as COMPASS GROUP<br>FOODSERVICE; INTERNATIONAL<br>SPEEDWAY, INC.; MOTORSPORTS<br>AUTHENTICS, LLC; And DOES 1<br>through 35, Inclusive,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 3:08-cv-04229-VRW<br><u>Civil Rights</u><br>Assigned to Chief Judge Vaughn R. Walker<br><br>**STIPULATION AND ORDER SUBSTITUTING MOTORSPORTS AUTHENTICS, INC. FOR DEFENDANT MOTORSPORTS AUTHENTICS, LLC**<br><br>Related Action:<br>*D'Lil v. Speedway Motorsports, Inc. et al*<br>(Case No. 3:08-cv-04691-VRW) |

///
///
///
///

---

STIPULATION AND ORDER SUBSTITUTING MOTORSPORTS AUTHENTICS, INC. FOR
DEFENDANT MOTORSPORTS AUTHENTICS, LLC
CASE NOS. 3:08-cv-04229-VRW

1

| | |
|---|---|
| 1 | The parties to this action, through their respective attorney, stipulate and agree as |
| 2 | follows: |
| 3 | (1) Defendant, MOTORSPORTS AUTHENTICS, LLC, is no longer a party to this |
| 4 | action as it is essentially a holding company for MOTORSPORTS AUTHENTICS, INC. who |
| 5 | is the proper defendant; |
| 6 | (2) MOTORSPORTS AUTHENTICS, INC. is substituted as a party to this action in |
| 7 | place of MOTORSPORTS AUTHENTICS, LLC. |
| 8 | (3) Defendant MOTORSPORTS AUTHENTICS, INC. hereby acknowledges actual |
| 9 | notice of this suit and subjects itself to the jurisdiction of this court in this action. |

Dated: _____, 2008

_____
JORDON METZ
Attorney for Plaintiff
RICHARD SKAFF

Dated: Dec. 3, 2008

_____
JOHN JULIUS III
Attorney for Defendant
LEVY PREMIUM FOODSERVICE LIMITED
PARTNERSHIP

Dated: _____, 2008

SIGNATURE ON NEXT PAGE
_____
KATHI FINNERTY
Attorney for Defendant
SPEEDWAY SONOMA LLC

Dated: _____, 2008

SIGNATURE ON NEXT PAGE
_____
DYLAN CARP
Attorney for Defendant
MOTORSPORTS AUTHENTICS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
Chief Judge Vaughn R. Walker
United States District Judge

STIPULATION AND ORDER SUBSTITUTING MOTORSPORTS AUTHENTICS, INC. FOR
DEFENDANT MOTORSPORTS AUTHENTICS, LLC
CASE NOS. 3:08-cv-04229-VRW

2

The parties to this action, through their respective attorney, stipulate and agree as follows:

(1) Defendant, MOTORSPORTS AUTHENTICS, LLC. is no longer a party to this action as it is essentially a holding company for MOTORSPORTS AUTHENTICS, INC. who is the proper defendant;

(2) MOTORSPORTS AUTHENTICS, INC. is substituted as a party to this action in place of MOTORSPORTS AUTHENTICS, LLC.

(3) Defendant MOTORSPORTS AUTHENTICS, INC. hereby acknowledges actual notice of this suit and subjects itself to the jurisdiction of this court in this action.

Dated: _____, 2008

SIGNATURE ON PREVIOUS PAGE
JORDON METZ
Attorney for Plaintiff
RICHARD SKAFF

Dated: _____, 2008

SIGNATURE ON PREVIOUS PAGE
JOHN JULIUS III
Attorney for Defendant
LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP

Dated: 12/5, 2008

KATHI FINNERTY
Attorney for Defendant
SPEEDWAY SONOMA LLC

Dated: _____, 2008

SIGNATURE ON NEXT PAGE
DYLAN CARP
Attorney for Defendant
MOTORSPORTS AUTHENTICS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: _____

Chief Judge Vaughn R. Walker
United States District Judge

STIPULATION AND ORDER SUBSTITUTING MOTORSPORTS AUTHENTICS, INC. FOR DEFENDANT MOTORSPORTS AUTHENTICS, LLC
CASE NOS. 3:08-cv-04229-VRW

2

The parties to this action, through their respective attorney, stipulate and agree as follows:

(1) Defendant, MOTORSPORTS AUTHENTICS, LLC, is no longer a party to this action as it is essentially a holding company for MOTORSPORTS AUTHENTICS, INC. who is the proper defendant;

(2) MOTORSPORTS AUTHENTICS, INC. is substituted as a party to this action in place of MOTORSPORTS AUTHENTICS, LLC.

(3) Defendant MOTORSPORTS AUTHENTICS, INC. hereby acknowledges actual notice of this suit and subjects itself to the jurisdiction of this court in this action.

Dated: _____, 2008

SIGNATURE ON PREVIOUS PAGE
JORDON METZ
Attorney for Plaintiff
RICHARD SKAFF

Dated: _____, 2008

SIGNATURE ON PREVIOUS PAGE
JOHN JULIUS III
Attorney for Defendant
LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP

Dated: _____, 2008

SIGNATURE ON PREVIOUS PAGE
KATHI FINNERTY
Attorney for Defendant
SPEEDWAY SONOMA LLC

Dated: Dec. 10, 2008

DYLAN CARP
Attorney for Defendant
MOTORSPORTS AUTHENTICS, INC.

ORDER

IT IS SO ORDERED.

Dated: 12/23/08

GRANTED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA