KATHLEEN E. FINNERTY (SBN 157638)
MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
Finnertyk@gtlaw.com
Koenigsbergm@gtlaw.com

Attorneys for Defendant
SPEEDWAY SONOMA, LLC

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF, | CASE NO. CV-08-4229-VRW |
| Plaintiff, | **STIPULATION EXTENDING TIME TO HOLD JOINT CONFERENCE OF COUNSEL AND MEDIATION;** ~~PROPOSED~~ **ORDER** |
| v. | |
| SPEEDWAY MOTORSPORTS, INC., SPEEDWAY SONOMA, LLC, COMPASS GROUP USA, INC. doing business as COMPASS GROUP FOODSERVICE, INTERNATIONAL SPEEDWAY, INC., MOTORSPORTS AUTHENTICS, LLC; And DOES 1 through 35, inclusive | (Related Case: *D'Lil v. Speedway Motorsports, Inc., et al.*, Case No. 08-cv-04691) |
| Defendants. | |

Plaintiff, RICHARD SKAFF and defendants, SPEEDWAY SONOMA, LLC, LEVY PREMIUM FOOD SERVICE LIMITED PARTNERSHIP, and MOTORSPORTS AUTHENTICS, INC., by and through their respective counsel, hereby jointly stipulate and request that the Court grant continuances of certain deadlines the parties are required to follow pursuant to General Order 56, based on the good cause shown below.[1]

1.  Plaintiff filed an action alleging barriers to access at Infineon Raceway, a 1,600-acre facility in Sonoma, California, and seeking modifications to the facility and its services, as well as damages, attorney's fees and costs.

2.  The Court's September 8, 2008, Scheduling Order required a joint site inspection take place by December 17, 2008. The parties stipulated to a continuance of the deadline for a joint inspection to February 20, 2009. The Court approved the stipulation on December 12, 2008, and ordered that all dates in the scheduling order that are dependent on the date of the joint inspection are amended accordingly.

3.  On February 17, 18 and 19, 2009, plaintiff's counsel, two experts and their two assistants inspected the 1,600-acre facility. Counsel for Speedway Sonoma, LLC and its expert also attended the inspection.

4.  Plaintiff and counsel for defendant Motorsports Authentics, Inc. have just confirmed April 17, 2009, as the first available date for the parties to inspect that defendant's tractor-trailers which plaintiff alleges are used at Infineon Raceway, and which plaintiff further alleges are not accessible and usable by persons with disabilities. The delay in scheduling this inspection is a result of the tractor-trailers being in distant parts of the country as well as scheduling conflicts among the parties' counsel.

5.  General Order 56(4) requires that within 10 business days after the joint inspection, the parties, and their experts if the parties so elect, must meet in person and

---

[1] Defendants Speedway Motorsports, Inc. and International Speedway, Inc. were dismissed from this action on November 13, 2008. Defendant Motorsports Authentics, Inc. was substituted for defendant Motorsports Authentics, LLC by the Court's order on December 23, 2008. A stipulation and proposed order substituting defendant Levy Premium Food Service Limited Partnership for defendant Compass Group USA, Inc. was filed with the Court on January 16, 2009, but has not yet been approved.

confer regarding settlement of the action. At that conference, plaintiff is to specify all claimed premises violations and desired remediation. With respect to each claimed violation, defendant is to specify whether it is willing to remediate and where defendants agrees with plaintiff's proposed remediation or has an alternate proposal. Defendant must also be in a position to specify a factual basis for any claim that plaintiff's proposed remediation is not readily achievable.

6. Due to the size of the 1,600-acre facility, the scope of the inspection, and the breadth of plaintiff's alleged premises violations, plaintiff's counsel anticipates that it will take approximately six to eight weeks to prepare and analyze the data collected from the inspection, craft a list of claimed premises violations, and determine proposed remediations for all of these alleged violations as required by General Order 56. Plaintiff intends to produce his list of alleged barriers and proposed remediation in advance of any conference so that defendants will be prepared to respond to plaintiff's list.

7. Accordingly, plaintiff and defendants seek the Court's approval to conduct the meet and confer required by General Order 56 by Thursday, April 30, 2009, instead of Monday, March 2, 2009, as currently required.

8. Further, General Order 56(6) requires plaintiff to file a "Notice of Need for Mediation" within 45 days of the joint inspection if the parties are unable to reach an agreement on remediation, or cannot settle the damages and fees claims. As the parties will not be able to meet and confer within 45 days of the joint inspection of the facility, much less conduct a meaningful mediation, the parties request that the 45 days within which plaintiff may file a "Notice of Need for Mediation" begin Friday, May 1, 2009.

9. The parties have been working cooperatively and anticipate doing so in the coming months. They are taking efforts to resolve most, if not all, claims without the need for mediation or any assistance from the Court.

10. The parties request any order entered in this case regarding the continuance of deadlines set out in General Order 56 and made applicable to this case

also be entered in the related case of *D'Lil v. Speedway Motorsports, Inc.* (Case No. 08-cv-04691). Plaintiff HolLyn D'Lil so stipulates, as evidenced by her counsel's signature below.

NOW, THEREFORE, the parties stipulate and request that the Court allows the parties until Thursday, April 30, 2009, to conduct their conference as required by General Order 56(4) and that the 45 days time within which the plaintiff must file a "Notice of Need for Mediation" if settlement is not obtained begin Friday, May 1, 2009.

IT IS SO STIPULATED, effective February 27, 2009.

DATED: February 27, 2009        BARBOSA GROUP
                                GOODMAN & METZ


                                By: /s/ Patricia Barbosa
                                    PATRICIA BARBOSA
                                    JORDON METZ
                                    MARGARET BYRNE IKEDA
                                Attorneys for Plaintiff
                                RICHARD SKAFF

DATED: February 27, 2009        BARBOSA GROUP
                                GOODMAN & METZ


                                By: /s/ Patricia Barbosa
                                    PATRICIA BARBOSA
                                    JORDON METZ
                                    MARGARET BYRNE IKEDA
                                Attorneys for Plaintiff
                                HOLLYN D'LIL

DATED: February 27, 2009        GREENBERG TRAURIG, LLP


                                By: /s/ Marc B. Koenigsberg
                                    KATHLEEN E. FINNERTY
                                    MARC B. KOENIGSBERG
                                Attorney for Defendant
                                SPEEDWAY SONOMA, LLC

4                    Case No. CV-08-4229-VRW
STIPULATION EXTENDING TIME TO HOLD JOINT MEETING OF COUNSEL AND MEDIATION;
PROPOSED ORDER

DATED: February 27, 2009           JACKSON LEWIS LLP

                                   By: /s/ Jamerson C. Allen
                                       JAMERSON C. ALLEN
                                   Attorney for Defendant
                                   MOTORSPORTS AUTHENTICS, INC.

DATED: February 27, 2009           LITTLER MENDELSON

                                   By: /s/ John M. Julius
                                       JOHN M. JULIUS
                                   Attorney for Defendant
                                   LEVY PREMIUM FOOD SERVICE
                                   LIMITED PARTNERSHIP

## ORDER

Good cause appearing, the parties are allowed until Thursday, April 30, 2009, to conduct their conference as required by General Order 56(4) and the 45 days time within which the plaintiff must file a "Notice of Need for Mediation" if settlement is not obtained begins Friday, May 1, 2009. This Order shall also be entered in the related case of *D'Lil v. Speedway Motorsports, Inc.* (Case No. 08-cv-04691)

IT IS SO ORDERED.

Dated: 3/4/2009
_____
Honorable Vaughn R. Walker

**GRANTED** /s/ Judge Vaughn R Walker

SAC 441,390,823v1 2-26-09