1    PATRICIA BARBOSA, Esq. (SBN 125865)
     BARBOSA GROUP
2    201 Avenida Salvador
     San Clemente, CA 92672
3    Tel: (949) 369-9006
     Fax: (949) 369-1060
4    Barbosagrp@aol.com

5    JORDON METZ, Esq. (SBN 167355)
     MARGARET BYRNE IKEDA, Esq. (SBN 222303)
6    GOODMAN & METZ
     17043 Ventura Blvd.
7    Encino, CA 91316
     Tel: (818) 386-2889
8    Fax: (818) 986-2889
     Jordon@goodmanmetz.com
9    Maggie@goodmanmetz.com

10   Attorneys for Plaintiff
     HOLLYN D'LIL

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYN D'LIL,<br><br>    Plaintiff,<br><br>v.<br><br>SPEEDWAY MOTORSPORTS INC.;<br>SPEEDWAY SONOMA LLC;<br>COMPASS GROUP USA, INC. doing<br>business as COMPASS GROUP<br>FOODSERVICE; INTERNATIONAL<br>SPEEDWAY, INC.; MOTORSPORTS<br>AUTHENTICS, LLC; And DOES 1<br>through 35, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. 3:08-cv-04691-VRW<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER SUBSTITUTING LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP FOR DEFENDANT COMPASS GROUP FOODSERVICE**<br><br>Related Action:<br>*Skaff v. Speedway Motorsports, Inc. et al*<br>(Case No. 3:08-cv-04229-VRW) |

/ / /

/ / /

/ / /

/ / /

BARBOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9006
FAX (949) 369-1060

STIPULATION AND ORDER SUBSTITUTING LEVY PREMIUM FOODSERVICE LIMITED
PARTNERSHIP FOR DEFENDANT COMPASS GROUP FOODSERVICE
CASE NOS. 3:08-cv-04691-VRW
PStiptoSub-Levy

— 1 —

The parties to this action, through their respective attorney, stipulate and agree as follows:

(1) Defendant, COMPASS GROUP FOODSERVICE, is no longer a party to this action due to its subsidiary LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP is the proper defendant;

(2) LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP is substituted as a party to this action in place of COMPASS GROUP FOODSERVICE.

(3) Defendant LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP hereby acknowledges actual notice of this suit and subjects itself to the jurisdiction of this court in this action.

Dated: Dec. 31, 2008

JORDON METZ
Attorney for Plaintiff
RICHARD SKAFF

Dated: Dec. 3, 2008

JOHN JULIUS III
Attorney for Defendant
LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP

Dated: _____, 2008

Signature on next page
KATHI FINNERTY
Attorney for Defendant
SPEEDWAY SONOMA LLC

Dated: _____, 2008

Signature on next page
DYLAN CARP
Attorney for Defendant
MOTORSPORTS AUTHENTICS, LLC

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
Chief Judge Vaughn R. Walker
United States District Judge

BARBOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9006
FAX (949) 369-1060

STIPULATION AND ORDER SUBSTITUTING LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP FOR DEFENDANT COMPASS GROUP FOODSERVICE
CASE NOS. 3:08-cv-04691-VRW

— 2 —

1  The parties to this action, through their respective attorney, stipulate and agree as
2  follows:
3  (1) Defendant, COMPASS GROUP FOODSERVICE, is no longer a party to this
4  action due to its subsidiary LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP is
5  the proper defendant;
6  (2) LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP is substituted
7  as a party to this action in place of COMPASS GROUP FOODSERVICE.
8  (3) Defendant LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP
9  hereby acknowledges actual notice of this suit and subjects itself to the jurisdiction of this court
10 in this action.

11 Dated: _____, 2008

Signature on previous page
JORDON METZ
Attorney for Plaintiff
RICHARD SKAFF

14 Dated: _____, 2008

Signature on previous page
JOHN JULIUS III
Attorney for Defendant
LEVY PREMIUM FOODSERVICE LIMITED
PARTNERSHIP

18 Dated: 12/5, 2008

*[signature]*
KATHI FINNERTY
Attorney for Defendant
SPEEDWAY SONOMA LLC

21 Dated: _____, 2008

Signature on next page
DYLAN CARP
Attorney for Defendant
MOTORSPORTS AUTHENTICS, LLC

**ORDER**

24 IT IS SO ORDERED.

26 Dated: _____

_____
Chief Judge Vaughn R. Walker
United States District Judge

BARBOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9000
FAX (949) 369-1060

STIPULATION AND ORDER SUBSTITUTING LEVY PREMIUM FOODSERVICE LIMITED
PARTNERSHIP FOR DEFENDANT COMPASS GROUP FOODSERVICE
CASE NOS. 3:08-cv-04691-VRW                                    - 2 -

```
 1          The parties to this action, through their respective attorney, stipulate and agree as
 2   follows:
 3          (1)     Defendant, COMPASS GROUP FOODSERVICE, is no longer a party to this
 4   action due to its subsidiary LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP is
 5   the proper defendant;
 6          (2)     LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP is substituted
 7   as a party to this action in place of COMPASS GROUP FOODSERVICE.
 8          (3)     Defendant LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP
 9   hereby acknowledges actual notice of this suit and subjects itself to the jurisdiction of this court
10   in this action.
```

11  Dated: _____, 2008        Signature on previous page
12                                 JORDON METZ
                                   Attorney for Plaintiff
13                                 RICHARD SKAFF

14  Dated: _____, 2008        Signature on previous page
15                                 JOHN JULIUS III
                                   Attorney for Defendant
16                                 LEVY PREMIUM FOODSERVICE LIMITED
                                   PARTNERSHIP
17

18  Dated: _____, 2008        Signature on previous page
19                                 KATHI FINNERTY
                                   Attorney for Defendant
20                                 SPEEDWAY SONOMA LLC

21  Dated: 1/12, 2009              [signature]
22                                 DYLAN CARP
                                   Attorney for Defendant
23                                 MOTORSPORTS AUTHENTICS, LLC

                                   ORDER
24
25  IT IS SO ORDERED.

26  Dated: 3/4/2009                _____
27                                 Chief Judge
                                   United States [District Court]
28

**GRANTED** — Judge Vaughn R Walker
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

BARBOSA GROUP
201 AVENIDA SALVADOR
SAN CLEMENTE, CA 92672
(949) 369-9006
FAX (949) 369-1060

STIPULATION AND ORDER SUBSTITUTING LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP FOR DEFENDANT COMPASS GROUP FOODSERVICE
CASE NOS. 3:08-cv-04691-VRW

- 2 -