1  Jamerson C. Allen (SBN 132866)
   Dylan B. Carp (SBN 196846)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401
   carpd@jacksonlewis.com
5
   Attorneys for Defendant(s)
6  MOTORSPORTS AUTHENTICS, LLC

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 RICHARD SKAFF,                          Case No. CV 08-4229 VRW

12        Plaintiff(s),                    [~~PROPOSED~~] ORDER EXCUSING
                                           PERSONAL ATTENDANCE AT
13   v.                                    MEDIATION

14 SPEEDWAY MOTORSPORTS INC.;              Complaint Filed:  September 8, 2008
   SPEEDWAY SONOMA LLCA; COMPASS           Trial Date:       None set
15 GROUP USA, INC. doing business as
   COMPASS GROUP FOODSERVICE;              *Related action*: D'Lil v. Speedway
16 INTERNATIONAL SPEEDWAY, INC.;           Motorsports Inc., C08-4691 VRW
   MOTORSPORTS AUTHENTICS, LLC; And
17 DOES 1 through 35, inclusive,

18        Defendant(s).

19

20        GOOD CAUSE APPEARING, IT IS ORDERED that Defendant Motorsports Authentics,

21 LLC is excused under ADR Local Rule 6-10(d) from the personal attendance requirement under

22 Rule 6-10(a)(1) for the mediation scheduled October 7 and 8, 2009. *But must be available by phone throughout*

23        IT IS SO ORDERED.

24 Dated: 9-24-09                          /s/ Wayne D. Brazil
                                           Honorable Wayne D. Brazil,
25                                         ADR Magistrate Judge,
                                           U.S. District Court
26

27

28
                                        1                    Case No: CV 08 4229 VRW
            [PROPOSED] ORDER EXCUSING PERSONAL ATTENDANCE AT MEDIATION